William Gilbert
George M. Ahrend
Dano, Gilbert & Ahrend, P.L.L.C.
100 East Broadway
P.O. Box 2149
Moses Lake, WA 98837
(509) 764-8426

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JAN 17 2006

JAMES R. LARSEN, CLERK
DEPUTY
SPOKANE, WASHINGTON

HONORABLE ROBERT H. WHALEY

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

KEYSTONE FRUIT MARKETING, INC., and BOB N. EVANS,

Plaintiffs,

vs.

WILLIAM G. BROWNFIELD; JANET H. BROWNFIELD; and JANET M. CLAYTON;

Defendants

NO. CV-05-5087-RHW

STIPULATION AND PROTECTIVE ORDER ~~(PROPOSED)~~ REGARDING CONFIDENTIAL INFORMATION

COME NOW Plaintiffs, Keystone Fruit Marketing, Inc. and Bob N. Evans ("Keystone"), by and throug h their attorneys, Dano, Gilbert & Ahrend PLLC, and Sweet Clover Produce, LLC ("Sweet Clover") by and through its attorneys, Schultheis Tabler Wallace, and mutually stipulate and agree that the court make

DANO, GILBERT & AHREND PLLC
100 EAST BROADWAY*P.O. BOX 2149
MOSES LAKE, WA 98837
(509) 764-8426 FAX (509) 766-7764

and enter its protective order under authority of FRCP 26(c) providing as follows:

1. That Keystone shall be entitled to direct a computer forensics firm, PG Lewis, to conduct an inspection of all computers used by Sweet Clover in its normal business activities occurring at 6½North Second Street in Walla Walla, Washington, on the 12th day of January, 2006, at 11:00 a.m.;

2. That PG Lewis shall take a snapshot, or " acquire" all data that is currently stored within the data base, storage and operating systems of all computers used by Sweet Clover in its normal business activities occurring at 6½ North Second Street in Walla Walla, Washington;

3. That only Sweet Clover's employees and owners as well as representatives of PG Lewis shall be entitled to be present during said inspection and "acquisitio n" of Sweet Clover's busi ness computers;

4. That any analysis or review of the "acqui red" data from Sweet Clover's business computers shall be limited in scope to a search for information in the computer data base, storage and operating systems that is relevant to the claims and defenses asserted in the above-captioned matter;

5. That the criteria used by PG Lewis to conduct its analysis or review of the acquired data from Sweet Clover's business computers will be mutually

DANO, GILBERT & AHREND PLLC
100 EAST BROADWAY*P.O. BOX 2149
MOSES LAKE, WA 98837
(509) 764-8426 FAX (509) 766-7764

agreed upon by Keystone and Sweet Clover before PG Lewis conducts its analysis or review and, if Keystone and Sweet Clover are unable to agree, they will promptly submit this question to the court for final resolution;

6. That to the extent PG Lewis discovers information in the Sweet Clover business computers that is relevant to the claims and defenses asserted in the above-captioned matter, PG Lewis shall disseminate a report, without attachment of data, which outlines its findings to the respective attorneys for Keystone Fruit Marketing and Bob Evans, Dano, Gilbert & Ahrend PLLC, and Sweet Clover Produce, LLC, Schultheis Tabler Wallace. The information disseminated shall be restricted to attorneys only access unless otherwise agreed by the parties. If a dispute arises over the dissemination or review of any data compilation or document, the parties agree to allow an in camera review by the court and counsel to determine if the information or data is relevant and to what extent it may be disseminated;

7. That the parties agree that information obtained by PG Lewis shall remain confidential unless and until the court makes and enters its order directing disclosure;

8. That Keystone and PG Lewis are prohibited from directly or indirectly acquiring information or computer files from the Sweet Clover

DANO, GILBERT & AHREND PLLC
100 EAST BROADWAY*P.O. BOX 2149
MOSES LAKE, WA 98837
(509) 764-8426 FAX (509) 766-7764

business computers regarding itrade, e-mail, or citrix passwords; any and all privileged communications addressed to or received from Sweet Clover's attorneys, including, but not limited to Schultheis Tabler Wallace; Sweet Clover's use and op eration of the Silver Creek computer software to the extent that it is not relevant to this cause of action; Sweet Clover's c urrent customer vendor identification numbers to the extent that they are not relevant to this cause of action; Sweet Clover's business agreements and business relationships with Bland Farms, LLC and Grotz Farms to the extent that they are not relevant to this cause of action;

9. That all data or documents published from the data acquired from Sweet Clover's com puters by PG Lewis shall be plainly and clearly marked "CONFIDENTIAL SUBJECT TO PROTECTION ORDER"; and,

10. If the PG Lewis inspection of Sweet Clover's computers caus es those computers to be damaged or to be otherwise adversely affected, Keystone shall be solely responsible for promptly repairing any such damage or otherwise restoring those computers to the same operational levels that existed prior to inspection by PG Lewis.

Dated this 11th day of January, 2006

DANO, GILBERT & AHREND PLLC
100 EAST BROADWAY*P.O. BOX 2149
MOSES LAKE, WA 98837
(509) 764-8426 FAX (509) 766-7764

DANO, GILBERT & AHREND PLLC

By: ____________________
William A. Gilbert, WSBA #30592
Attorneys for Plaintiffs

Dano, Gilbert & Ahrend PLLC
100 E. Broadway Ave.
P.O. Box 2149
Moses Lake, WA 98837
Telephone: (509) 764-8426
Fax: (509) 766-7764
Email: bill@dgalaw.com

DATED: 1/11/06

SCHULTHEIS TABLER WALLACE

By: ____________________
Michael Rex Tabler, WSBA #6047
Attorneys for Sweet Clover Produce, LLC

Schultheis Tabler Wallace
P.O. Box 876
Ephrata, WA 98823
Telephone: (509) 754-5264
Fax: (509) 754-5835
Email: schultab@bentonrea.com

NO. CV-05-5087-RHW
STIPULATION & PROTECTIVE ORDER
Page 5 of 10

DANO, GILBERT & AHREND PLLC
100 EAST BROADWAY*P.O. BOX 2149
MOSES LAKE, WA 98837
(509) 764-8426 FAX (509) 766-7764

II.
ORDER

THIS MATTER having come regularly before the court pursuant to the stipulation and agreement set forth above; the court having considered said stipulation and agreement as well as the records and files herein; and, the court being otherwise fully advised in the premises, NOW, THEREFORE,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

1. That Keystone shall be entitled to direct a computer forensics firm, PG Lewis, to conduct an inspection of all computers used by Sweet Clover in its normal business activities occurring at 6½North Second Street in Walla Walla, Washington, on the 12th day of January, 2006, at 11:00 a.m.;

2. That PG Lewis shall take a snapshot, or " acquire" all data that is currently stored within the data base, storage and operating systems of all computers used by Sweet Clover in its normal business activities occurring at 6½ North Second Street in Walla Walla, Washington;

3. That only Sweet Clover's employees and owners as well as representatives of PG Lewis shall be entitled to be present during said inspection and "acquisitio n" of Sweet Clover's busi ness computers;

4. That any analysis or review of the "acqui red" data from Sweet Clover's business computers shall be limited in scope to a search for information

DANO, GILBERT & AHREND PLLC
100 EAST BROADWAY*P.O. BOX 2149
MOSES LAKE, WA 98837
(509) 764-8426 FAX (509) 766-7764

in the computer data base, storage and operating systems that is relevant to the claims and defenses asserted in the above-captioned matter;

5. That the criteria used by PG Lewis to conduct its analysis or review of the acquired data from Sweet Clover's business computers will be mutually agreed upon by Keystone and Sweet Clover before PG Lewis conducts its analysis or review and, if Keystone and Sweet Clover are unable to agree, they will promptly submit this question to the court for final resolution;

6. That to the extent PG Lewis discovers information in the Sweet Clover business computers that is relevant to the claims and defenses asserted in the above-captioned matter, PG Lewis shall disseminate a report, without attachment of data, which outlines its findings to the respective attorneys for Keystone Fruit Marketing and Bob Evans, Dano, Gilbert & Ahrend PLLC, and Sweet Clover Produce, LLC, Schultheis Tabler Wallace. The information disseminated shall be restricted to attorneys only access unless otherwise agreed by the parties. If a dispute arises over the dissemination or review of any data compilation or document, the parties agree to allow an in camera review by the court and counsel to determine if the information or data is relevant and to what extent it may be disseminated;

DANO, GILBERT & AHREND PLLC
100 EAST BROADWAY*P.O. BOX 2149
MOSES LAKE, WA 98837
(509) 764-8426 FAX (509) 766-7764

7. That the parties agree that information obtained by PG Lewis shall remain confidential unless and until the court makes and enters its order directing disclosure;

8. That Keystone and PG Lewis are prohibited from directly or indirectly acquiring information or computer files from the Sweet Clover business computers regarding itrade, e-mail, or citrix passwords; any and all privileged communications addressed to or received from Sweet Clover's attorneys, including, but not limited to Schultheis Tabler Wallace; Sweet Clover's use and op eration of the Silver Creek computer software to the extent that it is not relevant to this cause of action; Sweet Clover's c urrent customer vendor identification numbers to the extent that they are not relevant to this cause of action; Sweet Clover's business agreements and business relationships with Bland Farms, LLC and Grotz Farms to the extent that they are not relevant to this cause of action;

9. That all data or documents published from the data acquired from Sweet Clover's com puters by PG Lewis shall be plainly and clearly marked "CONFIDENTIAL SUBJECT TO PROTECTION ORDER"; and,

10. If the PG Lewis inspection of Sweet Clover's computers caus es those computers to be damaged or to be otherwise adversely affected, Keystone

DANO, GILBERT & AHREND PLLC
100 EAST BROADWAY*P.O. BOX 2149
MOSES LAKE, WA 98837
(509) 764-8426 FAX (509) 766-7764

shall be solely responsible for promptly repairing any such damage or otherwise restoring those computers to the same operational levels that existed prior to inspection by PG Lewis.

DATED this 17th day of January, 2006.

Robert H. Whaley, Judge

Presented by:

DANO, GILBERT & AHREND PLLC

William A. Gilbert, WSBA #30592
Attorneys for Plaintiffs

Copy Received;
Approved As To Form;
Notice Of Presentation Waived:

SCHULTHEIS TABLER WALLACE

Michael Rex Tabler, WSBA #6047
Attorneys for Sweet Clover Produce, LLC

DANO, GILBERT & AHREND PLLC
100 EAST BROADWAY*P.O. BOX 2149
MOSES LAKE, WA 98837
(509) 764-8426 FAX (509) 766-7764

DATED this 11th day of January, 2006.

s/William A. Gilbert
William A. Gilbert, WSBA #30592
Attorney for Plaintiffs
Dano Gilbert & Ahrend PLLC
100 E. Broadway Ave.
P.O. Box 2149
Moses Lake, WA 98837
Telephone: (509) 764-8426
Fax: (509) 766-7764
Email: bill@dgalaw.com

NO. CV-05-5087-RHW
STIPULATION & PROTECTIVE ORDER
Page 10 of 10

DANO, GILBERT & AHREND PLLC
100 EAST BROADWAY*P.O. BOX 2149
MOSES LAKE, WA 98837
(509) 764-8426 FAX (509) 766-7764