UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KEYSTONE FRUIT MARKETING, INC., and BOB N. EVANS, <br><br>Plaintiffs,<br><br>v.<br><br>WILLIAM G. BROWNFIELD; JANET H. BROWNFIELD; and JANET M. CLAYTON,<br><br>Defendants and Third-Party Plaintiffs,<br><br>v.<br><br>WALLA WALLA KEYSTONE, LLC; WALLA WALLA RIVER FARMS, LLC;<br><br>Third-Party Defendants. | NO. CV-05-5087-RHW<br><br>**ORDER RESERVING RULING ON MOTIONS** |

A telephonic hearing was held on September 18, 2006. George Ahrend appeared on behalf of Plaintiffs. Defendants William and Janet Brownfield were present and represented by John Schultz; Defendant Janet Clayton was present and represented by John Lohrmann. The hearing was set for oral argument for the following motions pending before the Court: Defendant Clayton's Motion for Partial Reconsideration (Ct. Rec. 226); Plaintiff KFM's Motion to Amend and Supplement Claims Against Defendant Clayton (Ct. Rec. 239); Plaintiff Evans' Motion for Entry of Judgment (Ct. Rec. 242); Defendant Brownfield's Motion to Extend Discovery Deadline to Disclose Opinion of Expert (Ct. Rec. 252); and Plaintiff KFM's Joinder of Motion to Amend Case Scheduling Order (Ct. Rec.

ORDER RESERVING RULING ON MOTIONS * 1

256).

At the hearing, the parties informed the Court that Defendants William and Janet Brownfield have filed for Chapter 13 bankruptcy. The parties and the Court were uncertain as to what effect this filing would have on the current proceedings.

Accordingly, **IT IS HEREBY ORDERED:**

1. The Court **RESERVES RULING** on all pending motions.

2. The parties shall file a joint status certificate within ten (10) days of the entry of this Order informing the Court of the effect of the bankruptcy filing on this matter.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and forward copies to counsel.

**DATED** this 19th day of September, 2006.

*s/ Robert H. Whaley*

ROBERT H. WHALEY
Chief United States District Judge

Q:\CIVIL\2005\Keystone Fruit\reserve.ord.wpd

ORDER RESERVING RULING ON MOTIONS * 2