AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### *Eastern District of Washington*

Keystone Fruit Marketing, Inc.,
and Bob N. Evans,

                v.

William G. Brownfield; Janet H. Brownfield;
and Janet M. Clayton,

                v.

Walla Walla Keystone, LLC; Walla Walla
River Farms, LLC;

### JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-05-5087-RHW

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED Judgment is entered in favor of Plaintiff Bob Evans and against Defendants William and Janet Brownfield in the amount of $236,331.59 plus prejudgment interest from August 31, 2006, to the date of payment, at the rate specified in the promissory notes, 0.007 percent per month.

| | |
|---|---|
| March 14, 2007 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Virginia Reisenauer |
| | *(By) Deputy Clerk* |
| | Virginia Reisenauer |