## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KEYSTONE FRUIT MARKETING, INC., and BOB N. EVANS, ) ) ) ) | |
| Plaintiffs, ) | **JUDGMENT IN A CIVIL CASE** |
| vs. ) | **Case Number: CV-05-5087-RHW** |
| WILLIAM G. BROWNFIELD; JANET H. BROWNFIELD; and JANET M. CLAYTON, ) ) ) ) | |
| Defendants and Cross- Plaintiffs, ) ) | |
| vs. ) ) | |
| WALLA WALLA RIVER KEYSTONE, LLC; WALLA WALLA RIVER FARMS, LLC, ) ) ) ) | |
| Third-Party Defendants. ) | |

Decision by Court.  This action came to  hearing before the Court.  The issues have been heard and a decision  has been rendered.

IT IS ORDERED AND ADJUDGED that  judgment is entered in favor of Plaintiff Keystone Fruit Marketing, Inc., and against William Brownfield individually, and the martial community of William G. and Janet H. Brownfield as follows:

- For breach of an employee's fiduciary duty of loyalty in the amount of $145,719.60;

- For intentional interference with business expectance in the amount of $537,434.05.

DATED:  June 18, 2008

JAMES R. LARSEN, CLERK

by        s/Virginia L. Reisenauer

Virginia L. Reisenauer, Deputy Clerk