UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KEYSTONE FRUIT MARKETING, INC., and BOB N. EVANS, | |
| Plaintiffs, | **JUDGMENT IN A CIVIL CASE** |
| vs. | **Case Number: CV-05-5087-RHW** |
| WILLIAM G. BROWNFIELD; JANET H. BROWNFIELD; and JANET M. CLAYTON, | |
| Defendants and Cross-Plaintiffs, | |
| vs. | |
| WALLA WALLA RIVER KEYSTONE, LLC; WALLA WALLA RIVER FARMS, LLC, | |
| Third-Party Defendants. | |

Decision by Court. This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of William G. and Janet H. Brownfield and against Walla Walla Keystone, LLC, as follows:

- For valuation of Mr. Brownfield's interest in the company in the amount of $322,823.00.

DATED: June 18, 2008

       JAMES R. LARSEN, CLERK

    by     <u>s/Virginia L. Reisenauer</u>
         Virginia L. Reisenauer, Deputy Clerk