UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KEYSTONE FRUIT MARKETING, INC., and BOB N. EVANS, <br><br> Plaintiffs, <br><br> vs. <br><br> WILLIAM G. BROWNFIELD; JANET H. BROWNFIELD; and JANET M. CLAYTON, <br><br> Defendants and Cross-Plaintiffs, <br><br> vs. <br><br> WALLA WALLA RIVER KEYSTONE, LLC; WALLA WALLA RIVER FARMS, LLC, <br><br> Third-Party Defendants. | **JUDGMENT IN A CIVIL CASE** <br><br> **Case Number: CV-05-5087-RHW** |

Decision by Court. This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of William G. Brownfield and against Walla Walla Keystone, LLC, as follows:

- For attorneys' fees and costs incurred in the arbitration in the amount of $36,122.36.

DATED: June 18, 2008

      JAMES R. LARSEN, CLERK

    by     <u>s/Virginia L. Reisenauer</u>
          Virginia L. Reisenauer, Deputy Clerk