## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| KEYSTONE FRUIT MARKETING, INC., and BOB N. EVANS, | ) ) ) | |
| Plaintiffs, | ) ) | **JUDGMENT IN A CIVIL CASE** |
| vs. | ) ) | **Case Number: CV-05-5087-RHW** |
| WILLIAM G. BROWNFIELD; JANET H. BROWNFIELD; and JANET M. CLAYTON, | ) ) ) ) | |
| Defendants and Cross-Plaintiffs, | ) ) ) | |
| vs. | ) ) | |
| WALLA WALLA RIVER KEYSTONE, LLC; WALLA WALLA RIVER FARMS, LLC, | ) ) ) ) | |
| Third-Party Defendants. | ) | |

Decision by Court.  This action came to hearing before the Court.  The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Walla Walla Keystone, LLC, and against William G. and Janet H. Brownfield jointly and severally, as follows:

- For computer forensic costs in the amount of $47,124.66.

DATED:  June 18, 2008


JAMES R. LARSEN, CLERK


by        s/Virginia L. Reisenauer

          Virginia L. Reisenauer, Deputy Clerk