Case 2:05-cv-05087-RHW    Document 407    Filed 06/18/08

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KEYSTONE FRUIT MARKETING, INC., and BOB N. EVANS, <br><br>  Plaintiffs, <br><br> vs. <br><br> WILLIAM G. BROWNFIELD; JANET H. BROWNFIELD; and JANET M. CLAYTON, <br><br>  Defendants and Cross-Plaintiffs, <br><br> vs. <br><br> WALLA WALLA RIVER KEYSTONE, LLC; WALLA WALLA RIVER FARMS, LLC, <br><br>  Third-Party Defendants. | **JUDGMENT IN A CIVIL CASE** <br><br> **Case Number: CV-05-5087-RHW** |

Decision by Court. This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Walla Walla Keystone, LLC, and Walla Walla River Farms, LLC and against William G. and Janet H. Brownfield, jointly and severally as follows:

- For attorneys' fees and costs incurred to compel arbitration in the amount of $10,374.00.

- For attorneys' fees and costs incurred in the arbitration in the amount of $48,018.50.

DATED:  June 18, 2008

       JAMES R. LARSEN, CLERK

       by     <u>s/Virginia L. Reisenauer</u>
              Virginia L. Reisenauer, Deputy Clerk