UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| KEYSTONE FRUIT MARKETING, INC., ET AL., | ) ) ) | No. CV-05-5087-RHW |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | JUDGMENT ON |
| WILLIAM G. and JANET H. BROWNFIELD, | ) ) ) | GARNISHEE'S ANSWER |
| Defendants, and | ) ) ) | |
| SWEET CLOVER PRODUCE, LLC, | ) ) | |
| Garnishee. | ) | |

## I.  JUDGMENT SUMMARY

Judgment Creditor:             Keystone Fruit Marketing, Inc.

Garnishment Judgment           Sweet Clover Produce, LLC
Debtor(Garnishee):

Garnishment Judgment Amount: $3,009.12

Costs Judgment Debtors:        William G. & Janet H. Brown field

    Certified Mail Fees                              $ 12.99
    (RCW 6.27.090(1)):
    Attorneys' Fees                                 $250.00
    (RCW 6.27.090(2)):

Judgments to Bear Interest    0.007% per month
at:
Attorney for Judgment         George M. Ahrend
Creditor:

## II.  BASIS

Garnishee is indebted to Defendants in the nonexempt amount of $3,009.12; at the time the Writ of Garnishment was issued, Defendant

JUDGMENT ON GARNISHEE'S ANSWER - 1

William Brownfield was employed by Garnishee and Plaintiff has incurred recoverable costs and attorney fees of $262.99; therefore, it is hereby

**ORDERED AND ADJUDGED** that Plaintiff is awarded judgment against Garnishee Sweet Clover Produce, LLC, in the amount of $3,009.12; that Plaintiff is awarded judgment against Defendants William G. and Janet H. Brownfield in the amount of $262.99 for recoverable costs; that, Garnishee shall mail payment in the amount of $3,009.12 to Keystone Fruit Marketing Inc. at: Dano, Gilbert & Ahrend, PLLC, P.O. Box 2149, Moses Lake, Washington, 98837.

Garnishee is advised that the failure to pay its judgment amount may result in execution of the judgment, including garnishment.

DATED THIS 9th day of December, 2008.

JAMES R. LARSEN
District Court Executive/Clerk

by: s/Virginia L. Reisenauer
Deputy Clerk

JUDGMENT ON GARNISHEE'S ANSWER - 2