1
2
3
4
5
6

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

7   KEYSTONE FRUIT MARKETING, INC., )
    ET AL.,                        )   No.  CV-05-5087-RHW
8                                  )
            Plaintiffs,            )
9                                  )
    v.                             )
10                                 )   JUDGMENT ON GARNISHEE'S
    WILLIAM G. and JANET H.        )   **SECOND ANSWER**
11   BROWNFIELD,                   )
                                   )
12          Defendants,            )
    and                            )
13                                 )
    SWEET CLOVER PRODUCE, LLC,     )
14                                 )
            Garnishee.             )
15  ─────────────────────────────

16                  **I.   JUDGMENT SUMMARY**

17  Judgment Creditor:          Keystone Fruit Marketing, Inc.

18
    Garnishment Judgment        Sweet Clover Produce, LLC
19  Debtor(Garnishee):

20  Garnishment Judgment Amount: $3,009.12

21  Costs Judgment Debtors:     William G. & Janet H. Brownfield

22      Certified Mail Fees                 $6.24
        (RCW 6.27.090(1)):
23      Attorneys' Fees                     $0.00
        (RCW 6.27.090(2)):
24
    Judgments to Bear Interest   0.007% per month
25  at:
    Attorney for Judgment        George M. Ahrend
26  Creditor:
                    **II.   BASIS**
27
        Garnishee is indebted to Defendants in the nonexempt amount of
28
    $3,009.12; at the time the Writ of Garnishment was issued, Defendant

JUDGMENT ON GARNISHEE'S SECOND ANSWER - 1

William Brownfield was employed by Garnishee and Plaintiff has incurred recoverable costs and attorney fees of $6.24; therefore, it is hereby **ADJUDGED** that Plaintiff is awarded judgment against Garnishee Sweet Clover Produce, LLC, in the amount of $3,009.12; that Plaintiff is awarded judgment against Defendants William G. and Janet H. Brownfield in the amount of $6.24 for recoverable costs; that, Garnishee shall mail payment in the amount of $3,009.12 to Keystone Fruit Marketing Inc. at: Dano, Gilbert & Ahrend, PLLC, P.O. Box 2149, Moses Lake, Washington, 98837.

Garnishee is advised that the failure to pay its judgment amount may result in execution of the judgment, including garnishment.

DATED THIS 6th day of January, 2009.

JAMES R. LARSEN
District Court Executive/Clerk

by: s/Virginia L. Reisenauer
Deputy Clerk

JUDGMENT ON GARNISHEE'S SECOND ANSWER - 2