UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

KEYSTONE FRUIT MARKETING, INC.,
ET AL.,

        Plaintiffs,

v.

WILLIAM G. and JANET H.
BROWNFIELD,

        Defendants,
and

SWEET CLOVER PRODUCE, LLC,

        Garnishee.

No.  CV-05-5087-RHW

JUDGMENT ON GARNISHEE'S
**SECOND** ANSWER TO
**SECOND** WRIT OF GARNISHMENT

## I.  JUDGMENT SUMMARY

Judgment Creditor:          Keystone Fruit Marketing, Inc.

Garnishment Judgment      Sweet Clover Produce, LLC
Debtor(Garnishee):

Garnishment Judgment Amount: $2,763.02

Costs Judgment Debtors:     William G. & Janet H. Brown field

    Certified Mail Fees           $6.41
    (RCW 6.27.090(1)):
    Attorneys' Fees
    (RCW 6.27.090(2)):

Judgments to Bear Interest   0.007% per month
at:
Attorney for Judgment       George M. Ahrend
Creditor:

## II.  BASIS

    Garnishee is indebted to Defendants in the nonexempt amount of

JUDGMENT ON GARNISHEE'S SECOND ANSWER TO SECOND WRIT - 1

$2,763.02; at the time the Writ of Garnishment was issued, Defendant William Brownfield was employed by Garnishee and Plaintiff has incurred recoverable costs and attorney fees of $6.41; therefore, it is hereby

**ORDERED AND ADJUDGED** that

1.   Plaintiff is awarded judgment against Garnishee Sweet Clover Produce, LLC, in the amount of **$2,763.02;**

2.   Plaintiff is awarded judgment against Defendants William G. and Janet H. Brownfield in the amount of **$6.41** for recoverable costs;

3.   Garnishee shall mail payment in the amount of **$2,763.02** to Keystone Fruit Marketing Inc. at: Dano, Gilbert & Ahrend, PLLC, P.O. Box 2149, Moses Lake, Washington, 98837.

Garnishee is advised that the failure to pay its judgment amount may result in execution of the judgment, including garnishment.

DATED THIS 19th day of March, 2009.

Virginia L. Reisenauer
Deputy Clerk