UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KEYSTONE FRUIT MARKETING, INC., ET AL., | No. CV-05-5087-RHW |
| Plaintiffs, | |
| v. | JUDGMENT ON GARNISHEE'S **FIRST** ANSWER TO **THIRD** WRIT OF GARNISHMENT |
| WILLIAM G. and JANET H. BROWNFIELD, | |
| Defendants, | |
| and | |
| SWEET CLOVER PRODUCE, LLC, | |
| Garnishee. | |

## I.  JUDGMENT SUMMARY

| | |
|---|---|
| Judgment Creditor: | Keystone Fruit Marketing, Inc. |
| Garnishment Judgment Debtor(Garnishee): | Sweet Clover Produce, LLC |
| Garnishment Judgment Amount: | $2,763.02 |
| Costs Judgment Debtors: | William G. & Janet H. Brown field |
| Certified Mail Fees (RCW 6.27.090(1)): | $ 12.99 |
| Attorneys' Fees (RCW 6.27.090(2)): | $ 250.00 |
| Judgments to Bear Interest at: | statutory rate |
| Attorney for Judgment Creditor: | George M. Ahrend |

## II.  BASIS

Garnishee is indebted to Defendants in the nonexempt amount of $2,763.02; at the time the Writ of Garnishment was issued, Defendant

JUDGMENT ON GARNISHEE'S FIRST ANSWER TO THIRD WRIT - 1

William Brownfield was employed by Garnishee and Plaintiff has incurred recoverable costs and attorney fees of $262.99; therefore, it is **ADJUDGED** that:

1. Plaintiff is awarded judgment against Garnishee Sweet Clover Produce, LLC, in the amount of **$2,763.02**;
2. Plaintiff is awarded judgment against Defendants William G. and Janet H. Brownfield in the amount of **$262.99** for recoverable costs;
3. Garnishee shall mail payment in the amount of $2,763.02 to Keystone Fruit Marketing Inc. at: Dano, Gilbert & Ahrend, PLLC, P.O. Box 2149, Moses Lake, Washington, 98837.

Garnishee is advised that the failure to pay its judgment amount may result in execution of the judgment, including garnishment.

DATED THIS 4th day of May, 2009.

                                        s/Virginia L. Reisenauer
                                        Deputy Clerk