UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KEYSTONE FRUIT MARKETING, INC., ET AL.,<br><br>    Plaintiffs,<br><br>v.<br><br>WILLIAM G. and JANET H. BROWNFIELD,<br><br>    Defendants,<br>and<br><br>(NEW)SWEET CLOVER PRODUCE, LLC,<br><br>    Garnishee. | No. CV-05-5087-RHW<br><br>JUDGMENT ON (NEW)SWEET CLOVER PRODUCE, LLC'S **FIRST** ANSWER TO **THIRD** WRIT OF GARNISHMENT (CT. REC. 531) |

## I. JUDGMENT SUMMARY

Judgment Creditor:                Keystone Fruit Marketing, Inc.

Garnishment Judgment Debtor(Garnishee):    (New)Sweet Clover Produce, LLC

Garnishment Judgment Amount:            $1,372.71

Costs Judgment Debtors:    William G. & Janet H. Brownfield

    Recoverable costs                  $ 40.00
    (RCW 6.27.090(1)):

Judgments to Bear Interest at:                statutory rate
Attorney for Judgment Creditor:            George M. Ahrend

## II. BASIS

    Garnishee is indebted to Defendants in the nonexempt amount of

JUDGMENT ON (NEW) SWEET CLOVER PRODUCE LLC'S
FIRST ANSWER TO THIRD WRIT - 1

$1,372.71; at the time the Writ of Garnishment was issued, Defendant William Brownfield was employed by Garnishee and Plaintiff has incurred recoverable costs of $40.00; therefore, it is **ADJUDGED** that:

1. Plaintiff is awarded judgment against Garnishee Sweet Clover Produce, LLC, in the amount of **$1,372.71**;
2. Plaintiff is awarded judgment against Defendants William G. and Janet H. Brownfield in the amount of **$40.00** for recoverable costs;
3. Garnishee shall mail payment in the amount of $1,372.71 to Keystone Fruit Marketing Inc. at: Dano, Gilbert & Ahrend, PLLC, P.O. Box 2149, Moses Lake, Washington, 98837.

Garnishee is advised that the failure to pay its judgment amount may result in execution of the judgment, including garnishment.

DATED THIS 1st day of July, 2009.

JAMES R. LARSEN,
District Court Executive/Clerk

by: s/Virginia L. Reisenauer
    Deputy Clerk

JUDGMENT ON (NEW) SWEET CLOVER PRODUCE LLC'S
FIRST ANSWER TO THIRD WRIT - 2