UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

KEYSTONE FRUIT MARKETING, INC., )
ET AL.,                         )     No.  CV-05-5087-RHW
                                )
          Plaintiffs,           )
                                )
v.                              )
                                )     JUDGMENT ON (NEW)SWEET
WILLIAM G. and JANET H.         )     CLOVER PRODUCE, LLC'S **SECOND**
BROWNFIELD,                     )     ANSWER TO **THIRD** WRIT OF
                                )     GARNISHMENT (CT. REC. 547)
          Defendants,           )
and                             )
                                )
(NEW)SWEET CLOVER PRODUCE, LLC, )
                                )
          Garnishee.            )

## I.  JUDGMENT SUMMARY

Judgment Creditor:              Keystone Fruit Marketing, Inc.

                                (New)Sweet Clover Produce, LLC
Garnishment Judgment
Debtor(Garnishee):

Garnishment Judgment Amount:              $1,372.71


Costs Judgment Debtors:      William G. & Janet H. Brown field

     Recoverable costs                    $ 6.24
     (RCW 6.27.090(1)):



Judgments to Bear Interest
at:                          statutory rate
Attorney for Judgment        George M. Ahrend
Creditor:
## II.  BASIS

     Garnishee is indebted to Defendants in the nonexempt amount of

JUDGMENT ON (NEW) SWEET CLOVER PRODUCE LLC'S
**SECOND** ANSWER TO THIRD WRIT - 1

1  $1,372.71; at the time the Writ of Garnishment was issued, Defendant
2  William Brownfield was employed by Garnishee and Plaintiff has
3  incurred recoverable costs of $6.24; therefore, it is **ADJUDGED** that:
4  1.    Plaintiff is awarded judgment against Garnishee Sweet Clover
5        Produce, LLC, in the amount of **$1,372.71;**
6  2.    Plaintiff is awarded judgment against Defendants William G. and
7        Janet H. Brownfield in the amount of **$6.24** for recoverable
8        costs;
9  3.    Garnishee shall mail payment in the amount of $1,372.71 to
10       Keystone Fruit Marketing Inc. at: Dano, Gilbert & Ahrend, PLLC,
11       P.O. Box 2149, Moses Lake, Washington, 98837.
12 Garnishee is advised that the failure to pay its judgment amount may
13 result in execution of the judgment, including garnishment.
14       DATED THIS 21st day of July, 2009.

17                              s/Virginia L. Reisenauer
18                              Deputy Clerk

JUDGMENT ON (NEW) SWEET CLOVER PRODUCE LLC'S
**SECOND** ANSWER TO THIRD WRIT - 2