UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KEYSTONE FRUIT MARKETING, INC., ET AL., | No. CV-05-5087-RHW |
| Plaintiffs, | |
| v. | |
| WILLIAM G. and JANET H. BROWNFIELD, | JUDGMENT ON (NEW)SWEET CLOVER PRODUCE, LLC'S **THIRD** ANSWER TO **THIRD** WRIT OF GARNISHMENT (CT. REC. 554) |
| Defendants, and | |
| (NEW)SWEET CLOVER PRODUCE, LLC, | |
| Garnishee. | |

## I. JUDGMENT SUMMARY

Judgment Creditor:            Keystone Fruit Marketing, Inc.

Garnishment Judgment Debtor(Garnishee):            (New)Sweet Clover Produce, LLC

Garnishment Judgment Amount:            $1,372.71

Costs Judgment Debtors:            William G. & Janet H. Brown field

    Recoverable costs (RCW 6.27.090(1)):            $7.34

Judgments to Bear Interest at:            statutory rate

Attorney for Judgment Creditor:            George M. Ahrend

## II. BASIS

Garnishee is indebted to Defendants in the nonexempt amount of

JUDGMENT ON (NEW) SWEET CLOVER PRODUCE LLC'S
**THIRD** ANSWER TO THIRD WRIT - 1

$1,372.71; at the time the Writ of Garnishment was issued, Defendant William Brownfield was employed by Garnishee and Plaintiff has incurred recoverable costs of $6.24; therefore, it is **ADJUDGED** that:

1. Plaintiff is awarded judgment against Garnishee Sweet Clover Produce, LLC, in the amount of **$1,372.71**;
2. Plaintiff is awarded judgment against Defendants William G. and Janet H. Brownfield in the amount of **$7.34** for recoverable costs;
3. Garnishee shall mail payment in the amount of $1,372.71 to Keystone Fruit Marketing Inc. at: Dano, Gilbert & Ahrend, PLLC, P.O. Box 2149, Moses Lake, Washington, 98837.

Garnishee is advised that the failure to pay its judgment amount may result in execution of the judgment, including garnishment.

DATED THIS 13th day of August, 2009.

s/Virginia L. Reisenauer
Deputy Clerk

JUDGMENT ON (NEW) SWEET CLOVER PRODUCE LLC'S
**THIRD** ANSWER TO THIRD WRIT - 2