UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KEYSTONE FRUIT MARKETING, INC., ET AL., ) ) | No.  CV-05-5087-RHW |
| Plaintiffs, ) ) | |
| v. ) ) | |
| WILLIAM G. and JANET H. BROWNFIELD, ) ) ) | JUDGMENT ON GARNISHEE'S **FIRST** ANSWER TO THIRD PARTY DEFENDANT **WALLA WALLA KEYSTONE'S FIRST** WRIT |
| Defendants, ) and ) ) | |
| SWEET CLOVER PRODUCE, LLC, ) ) | |
| Garnishee. ) | |

### I.  JUDGMENT SUMMARY

Judgment Creditor:             Walla Walla Keystone,LLC.

Garnishment Judgment          Sweet Clover Produce, LLC
Debtor(Garnishee):

Garnishment Judgment Amount: $1,372.71

Costs Judgment Debtors:      William G. & Janet H. Brown field

    Certified Mail Fees                          $ 20.10
    (RCW 6.27.090(1)):
    Attorneys' Fees                              $250.00
    (RCW 6.27.090(2)):

Judgments to Bear Interest    statutory rate
at:
Attorney for Judgment         George M. Ahrend
Creditor:

### II.  BASIS

    Garnishee is indebted to Defendants in the nonexempt amount of

JUDGMENT ON GARNISHEE'S
**FIRST** ANSWER TO THIRD PARTY DEFENDANT
**WALLA WALLA KEYSTONE'S FIRST** WRIT - 1

1   $1,372.71; at the time the Writ of Garnishment was issued, Defendant
2   William Brownfield was employed by Garnishee and Plaintiff has
3   incurred recoverable costs and attorney fees of $270.10; therefore,
4   it is hereby
5   **ORDERED AND ADJUDGED** that Plaintiff is awarded judgment against
6   Garnishee Sweet Clover Produce, LLC, in the amount of $1,372.71;
7   that Plaintiff is awarded judgment against Defendants William G. and
8   Janet H. Brownfield in the amount of $270.10 for recoverable costs;
9   that, Garnishee shall mail payment in the amount of $1,372.71 to
10  Walla Walla Keystone, LLC at: Dano, Gilbert & Ahrend, PLLC, P.O. Box
11  2149, Moses Lake, Washington, 98837.
12  Garnishee is advised that the failure to pay its judgment amount may
13  result in execution of the judgment, including garnishment.
14       DATED THIS 7th day of October, 2009.
15
16                                    S/Virginia L. Reisenauer
                                      Deputy Clerk
17
18
19
20
21
22
23
24
25
26
27
28
JUDGMENT ON GARNISHEE'S
**FIRST** ANSWER TO THIRD PARTY DEFENDANT
**WALLA WALLA KEYSTONE'S FIRST** WRIT - 2