UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KEYSTONE FRUIT MARKETING, INC., ET AL., <br><br>　　　　Plaintiffs,<br><br>v.<br><br>WILLIAM G. and JANET H. BROWNFIELD,<br><br>　　　　Defendants,<br>and<br><br>SWEET CLOVER PRODUCE, LLC,<br><br>　　　　Garnishee. | No. CV-05-5087-RHW<br><br>JUDGMENT ON GARNISHEE'S **THIRD** ANSWER TO THIRD PARTY DEFENDANT **WALLA WALLA KEYSTONE'S FIRST** WRIT |

## I.  JUDGMENT SUMMARY

Judgment Creditor:　　　　Walla Walla Keystone, LLC.

Garnishment Judgment　　　Sweet Clover Produce, LLC
Debtor(Garnishee):

Garnishment Judgment Amount: $1,372.71

Costs Judgment Debtors:　　William G. & Janet H. Brown field

　　Certified Mail Fees
　　(RCW 6.27.090(1)):
　　Attorneys' Fees
　　(RCW 6.27.090(2)):

Judgments to Bear Interest　statutory rate
at:
Attorney for Judgment　　　George M. Ahrend
Creditor:

## II.  BASIS

　　Garnishee is indebted to Defendants in the nonexempt amount of

JUDGMENT ON GARNISHEE'S
**THIRD** ANSWER TO THIRD PARTY DEFENDANT
**WALLA WALLA KEYSTONE'S FIRST** WRIT - 1

$1,372.71; at the time the Writ of Garnishment was issued, Defendant William Brownfield was employed by Garnishee; therefore, it is hereby

**ORDERED AND ADJUDGED** that Plaintiff is awarded judgment against Garnishee Sweet Clover Produce, LLC, in the amount of $1,372.71; that, Garnishee shall mail payment in the amount of $1,372.71 to Walla Walla Keystone, LLC at: Dano, Gilbert & Ahrend, PLLC, P.O. Box 2149, Moses Lake, Washington, 98837.

Garnishee is advised that the failure to pay its judgment amount may result in execution of the judgment, including garnishment.

DATED THIS 7th day of October, 2009.

S/Virginia L. Reisenauer
Deputy Clerk