UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KEYSTONE FRUIT MARKETING, INC., ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> WILLIAM G. and JANET H. BROWNFIELD, <br><br> Defendants, <br> and <br><br> SWEET CLOVER PRODUCE, LLC, <br><br> Garnishee. | No. CV-05-5087-RHW <br><br> JUDGMENT ON GARNISHEE'S **FOURTH** ANSWER TO THIRD PARTY DEFENDANT **WALLA WALLA KEYSTONE'S FIRST** WRIT |

**I.   JUDGMENT SUMMARY**

Judgment Creditor:           Walla Walla Keystone,LLC.

Garnishment Judgment         Sweet Clover Produce, LLC
Debtor(Garnishee):

Garnishment Judgment Amount: $1,372.71

Costs Judgment Debtors:      William G. & Janet H. Brownfield

  Certified Mail Fees
  (RCW 6.27.090(1)):
  Attorneys' Fees
  (RCW 6.27.090(2)):

Judgments to Bear Interest   statutory rate
at:
Attorney for Judgment        George M. Ahrend
Creditor:

**II.   BASIS**

JUDGMENT ON GARNISHEE'S
**FOURTH** ANSWER TO THIRD PARTY DEFENDANT
**WALLA WALLA KEYSTONE'S FIRST** WRIT - 1

1  Garnishee is indebted to Defendants in the nonexempt amount of
2  $1,372.71; at the time the Writ of Garnishment was issued, Defendant
3  William Brownfield was employed by Garnishee; therefore, it is
4  hereby
5  **ORDERED AND ADJUDGED** that Plaintiff is awarded judgment against
6  Garnishee Sweet Clover Produce, LLC, in the amount of $1,372.71;
7  that, Garnishee shall mail payment in the amount of $1,372.71 to
8  Walla Walla Keystone, LLC at: Dano, Gilbert & Ahrend, PLLC, P.O. Box
9  2149, Moses Lake, Washington, 98837.
10 Garnishee is advised that the failure to pay its judgment amount may
11 result in execution of the judgment, including garnishment.
12     DATED THIS 8th day of October, 2009.

                                    S/Virginia L. Reisenauer
                                    Deputy Clerk

JUDGMENT ON GARNISHEE'S
**FOURTH** ANSWER TO THIRD PARTY DEFENDANT
**WALLA WALLA KEYSTONE'S FIRST** WRIT – 2