UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KEYSTONE FRUIT MARKETING, INC., ET AL.,<br><br>    Plaintiffs,<br><br>v.<br><br>WILLIAM G. and JANET H. BROWNFIELD,<br><br>    Defendants,<br>and<br><br>(NEW)SWEET CLOVER PRODUCE, LLC,<br><br>    Garnishee. | No. CV-05-5087-RHW<br><br>JUDGMENT ON (NEW)SWEET CLOVER PRODUCE, LLC'S **AMENDED THIRD ANSWER** TO **FIFTH** WRIT OF GARNISHMENT |

## I.  **JUDGMENT SUMMARY**

Judgment Creditor:              Keystone Fruit Marketing, Inc.

Garnishment Judgment            (New)Sweet Clover Produce, LLC
Debtor(Garnishee):

Garnishment Judgment Amount:                    $1,372.92


Costs Judgment Debtors:    William G. & Janet H. Brownfield


 Recoverable costs
(RCW 6.27.090(1),(2))                                $ 0.00

Service Fees
Postage Costs

Attorney Fees

TOTAL                                                $ 0.00

JUDGMENT ON (NEW) SWEET CLOVER PRODUCE LLC'S
**AMENDED THIRD** ANSWER TO **FIFTH** WRIT - 1

```
Judgments to Bear Interest
at:                             statutory rate
Attorney for Judgment
Creditor:                       George M. Ahrend
```

## II.  BASIS

Garnishee is indebted to Defendants in the nonexempt amount of $1,372.92; at the time the Writ of Garnishment was issued, Defendant William Brownfield was employed by Garnishee; therefore, it is **ADJUDGED** that:

1. Plaintiff is awarded judgment against Garnishee Sweet Clover Produce, LLC, in the amount of **$1,372.92**;
2. Garnishee shall mail payment in the amount of **$1,372.92** to Keystone Fruit Marketing Inc. at: Dano, Gilbert & Ahrend, PLLC, P.O. Box 2149, Moses Lake, Washington, 98837.

Garnishee is advised that the failure to pay its judgment amount may result in execution of the judgment, including garnishment.

DATED THIS 30th day of March, 2010.

                                s/Virginia L. Reisenauer
                                Deputy Clerk