```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF WASHINGTON

KEYSTONE FRUIT MARKETING, INC., )
ET AL.,                         )    No.  CV-05-5087-RHW
                                )
        Plaintiffs,             )
                                )
v.                              )
                                )    JUDGMENT ON (NEW)SWEET
WILLIAM G. and JANET H.         )    CLOVER PRODUCE, LLC'S
BROWNFIELD,                     )    AMENDED FIFTH ANSWER TO
                                )    FIFTH WRIT OF GARNISHMENT
        Defendants,             )
and                             )
                                )
(NEW)SWEET CLOVER PRODUCE, LLC, )
                                )
        Garnishee.              )
```

## I.   JUDGMENT SUMMARY

Judgment Creditor:           Keystone Fruit Marketing, Inc.

                             (New)Sweet Clover Produce, LLC
Garnishment Judgment
Debtor(Garnishee):

Garnishment Judgment Amount:            $1,372.92


Costs Judgment Debtors:      William G. & Janet H. Brownfield


 Recoverable costs
(RCW 6.27.090(1),(2))                   $ 0.00

Service Fees
Postage Costs

Attorney Fees

TOTAL                                   $ 0.00


JUDGMENT ON (NEW) SWEET CLOVER PRODUCE LLC'S
**AMENDED FIFTH** ANSWER TO **FIFTH** WRIT - 1

Judgments to Bear Interest
at:                              statutory rate
Attorney for Judgment
Creditor:                        George M. Ahrend

## II.  BASIS

Garnishee is indebted to Defendants in the nonexempt amount of $1,372.92; at the time the Writ of Garnishment was issued, Defendant William Brownfield was employed by Garnishee; therefore, it is **ADJUDGED** that:

1. Plaintiff is awarded judgment against Garnishee Sweet Clover Produce, LLC, in the amount of **$1,372.92**;
2. Garnishee shall mail payment in the amount of **$1,372.92** to Keystone Fruit Marketing Inc. at: Dano, Gilbert & Ahrend, PLLC, P.O. Box 2149, Moses Lake, Washington, 98837.

Garnishee is advised that the failure to pay its judgment amount may result in execution of the judgment, including garnishment.

DATED THIS 30th day of March, 2010.

s/Virginia L. Reisenauer
Deputy Clerk