UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| KEYSTONE FRUIT MARKETING, INC., ET AL., | ) ) ) | No. CV-05-5087-RHW |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | JUDGMENT FOR RECOVERABLE |
| WILLIAM G. and JANET H. BROWNFIELD, | ) ) ) | COSTS ON **FIFTH** WRIT OF GARNISHMENT |
| Defendants, and | ) ) ) | |
| (NEW)SWEET CLOVER PRODUCE, LLC, | ) ) | |
| Garnishee. | ) | |

**I.  JUDGMENT SUMMARY**

Judgment Creditor:          Keystone Fruit Marketing, Inc.

Garnishment Judgment
Debtor(Garnishee):          (New)Sweet Clover Produce, LLC


Costs Judgment Debtors:    William G. & Janet H. Brownfield


 Recoverable costs
(RCW 6.27.090(1),(2))                                  $

Service Fees                                      $ 80.00
Postage Costs                                       13.20

Attorney Fees                                       250.00

TOTAL                                             $343.20


JUDGMENT FOR RECOVERABLE COSTS ON **FIFTH** WRIT OF GARNISHMENT- 1

```
Judgments to Bear Interest
at:                              statutory rate
Attorney for Judgment            George M. Ahrend
Creditor:
```

**II.  BASIS**

It having been adjudged Garnishee is indebted to Defendants at the time the Fifth Writ of Garnishment was issued, it is further adjudged:

>Plaintiff is awarded judgment against Defendants William G. and Janet H. Brownfield in the amount of **$343.20** for recoverable costs.

DATED THIS 23rd day of April, 2010.

>s/Virginia Reisenauer
>Deputy Clerk

JUDGMENT FOR RECOVERABLE COSTS ON **FIFTH** WRIT OF GARNISHMENT- 2