UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KEYSTONE FRUIT MARKETING, INC., ET AL., | No. CV-05-5087-RHW |
| Plaintiffs, | |
| v. | |
| WILLIAM G. and JANET H. BROWNFIELD, | JUDGMENT ON (NEW)SWEET CLOVER PRODUCE, LLC'S **SECOND** ANSWER TO **SIXTH** WRIT OF GARNISHMENT |
| Defendants, and | |
| (NEW)SWEET CLOVER PRODUCE, LLC, | |
| Garnishee. | |

**I.  JUDGMENT SUMMARY**

Judgment Creditor:            Keystone Fruit Marketing, Inc.

Garnishment Judgment
Debtor(Garnishee):            (New)Sweet Clover Produce, LLC

Garnishment Judgment Amount:                $1,372.92

Costs Judgment Debtors:    William G. & Janet H. Brownfield

    Recoverable costs                              $0.00
    (RCW 6.27.090(1)):


Judgments to Bear Interest
at:                                          statutory rate
Attorney for Judgment          George M. Ahrend
Creditor:


JUDGMENT ON (NEW) SWEET CLOVER PRODUCE LLC'S
**SECOND** ANSWER TO **SIXTH** WRIT - 1

**II.  BASIS**

Garnishee is indebted to Defendants in the nonexempt amount of $1,372.71; at the time the Writ of Garnishment was issued, Defendant William Brownfield was employed by Garnishee and Plaintiff has incurred recoverable costs of $0.00; therefore, it is **ADJUDGED** that:

1. Plaintiff is awarded judgment against Garnishee Sweet Clover Produce, LLC, in the amount of **$1,372.92**;
2. Plaintiff is awarded judgment against Defendants William G. and Janet H. Brownfield in the amount of **$0.00** for recoverable costs;
3. Garnishee shall mail payment in the amount of $1,372.92 to Keystone Fruit Marketing Inc. at: **Ahrend Law Firm PLLC**, **100 E. Broadway Ave., Moses Lake, Washington 98837.**

Garnishee is advised that the failure to pay its judgment amount may result in execution of the judgment, including garnishment.

DATED THIS 9th day of July, 2010.

>                             s/Virginia Reisenauer
>                             Deputy Clerk

JUDGMENT ON (NEW) SWEET CLOVER PRODUCE LLC'S
**SECOND** ANSWER TO **SIXTH** WRIT - 2