UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KEYSTONE FRUIT MARKETING, INC., ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> WILLIAM G. and JANET H. BROWNFIELD, <br><br> Defendants, <br> and <br><br> (NEW)SWEET CLOVER PRODUCE, LLC, <br><br> Garnishee. | No. CV-05-5087-RHW <br><br><br> JUDGMENT ON (NEW)SWEET CLOVER PRODUCE, LLC'S **FOURTH** ANSWER TO **SIXTH** WRIT OF GARNISHMENT |

### I.  JUDGMENT SUMMARY

Judgment Creditor:             Keystone Fruit Marketing, Inc.

Garnishment Judgment
Debtor(Garnishee):             (New)Sweet Clover Produce, LLC

Garnishment Judgment Amount:            $1,372.92

Costs Judgment Debtors:    William G. & Janet H. Brownfield

    Recoverable costs                              $0.00
    (RCW 6.27.090(1)):

Judgments to Bear Interest
at:                            statutory rate

JUDGMENT ON (NEW) SWEET CLOVER PRODUCE LLC'S
**FOURTH** ANSWER TO **SIXTH** WRIT - 1

Attorney for Judgment Creditor:   George M. Ahrend

## II. BASIS

Garnishee is indebted to Defendants in the nonexempt amount of $1,372.92; at the time the Writ of Garnishment was issued, Defendant William Brownfield was employed by Garnishee and Plaintiff has incurred recoverable costs of $0.00; therefore, it is **ADJUDGED** that:

1. Plaintiff is awarded judgment against Garnishee Sweet Clover Produce, LLC, in the amount of **$1,372.92**;
2. Plaintiff is awarded judgment against Defendants William G. and Janet H. Brownfield in the amount of **$0.00** for recoverable costs;
3. Garnishee shall mail payment in the amount of $1,372.92 to Keystone Fruit Marketing Inc. at: **Ahrend Law Firm PLLC, 100 E. Broadway Ave., Moses Lake, Washington 98837.**

Garnishee is advised that the failure to pay its judgment amount may result in execution of the judgment, including garnishment.

DATED THIS <u>9th</u> day of July, 2010.

s/Virginia Reisenauer
Deputy Clerk

JUDGMENT ON (NEW) SWEET CLOVER PRODUCE LLC'S
**FOURTH** ANSWER TO **SIXTH** WRIT - 2