UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KEYSTONE FRUIT MARKETING, INC., ET AL.,<br><br>    Plaintiffs,<br><br>v.<br><br>WILLIAM G. and JANET H. BROWNFIELD,<br><br>    Defendants,<br>and<br><br>(NEW)SWEET CLOVER PRODUCE, LLC,<br><br>    Garnishee. | No.  CV-05-5087-RHW<br><br>JUDGMENT FOR RECOVERABLE COSTS ON **SIXTH** WRIT OF GARNISHMENT |

**I.  JUDGMENT SUMMARY**

Judgment Creditor:           Keystone Fruit Marketing, Inc.

Garnishment Judgment
Debtor(Garnishee):           (New)Sweet Clover Produce, LLC


Costs Judgment Debtors:     William G. & Janet H. Brownfield








JUDGMENT FOR RECOVERABLE COSTS ON **SIXTH** WRIT OF GARNISHMENT- 1

| | |
|---|---:|
| Recoverable costs (RCW 6.27.090(1),(2)) | $ |
| Service Fees | |
| Postage Costs | 5.28 |
| Attorney Fees | 250.00 |
| TOTAL | $255.28 |
| Judgments to Bear Interest at: | statutory rate |
| Attorney for Judgment Creditor: | George M. Ahrend |

## II.  BASIS

It having been adjudged Garnishee is indebted to Defendants at the time the Fifth Writ of Garnishment was issued, it is further adjudged:

Plaintiff is awarded judgment against Defendants William G. and Janet H. Brownfield in the amount of **$255.28** for recoverable costs.

DATED THIS <u>9th</u> day of July, 2010.

<u>s/Virginia Reisenauer</u>
Deputy Clerk

JUDGMENT FOR RECOVERABLE COSTS ON **SIXTH** WRIT OF GARNISHMENT- 2