UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| KEYSTONE FRUIT MARKETING, INC., ET AL., | ) ) | No.  CV-05-5087-RHW |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | JUDGMENT ON (NEW)SWEET |
| WILLIAM G. and JANET H. BROWNFIELD, | ) ) ) | CLOVER PRODUCE, LLC'S **FIRST** ANSWER TO **SEVENTH** WRIT OF GARNISHMENT |
| Defendants, and | ) ) ) | |
| (NEW)SWEET CLOVER PRODUCE, LLC, | ) ) ) | |
| Garnishee. | ) | |

## I.  JUDGMENT SUMMARY

Judgment Creditor:                    Keystone Fruit Marketing, Inc.

Garnishment Judgment
Debtor(Garnishee):                    (New)Sweet Clover Produce, LLC

Garnishment Judgment Amount:                    $1,372.92

Judgments to Bear Interest
at:                                        statutory rate
Attorney for Judgment                George M. Ahrend
Creditor:

## II.  BASIS

Garnishee is indebted to Defendants in the nonexempt amount of $1,372.92; at the time the Writ of Garnishment was issued, Defendant William Brownfield was employed by Garnishee; therefore, it is

JUDGMENT ON (NEW) SWEET CLOVER PRODUCE LLC'S
**FIRST** ANSWER TO **SEVENTH** WRIT - 1

**ADJUDGED** that:

1.  Plaintiff is awarded judgment against Garnishee Sweet Clover Produce, LLC, in the amount of **$1,372.92**;

2.  Garnishee shall mail payment in the amount of $1,372.92 to Keystone Fruit Marketing Inc. at: **Ahrend Law Firm PLLC, 100 E. Broadway Ave., Moses Lake, Washington 98837.**

Garnishee is advised that the failure to pay its judgment amount may result in execution of the judgment, including garnishment.

DATED THIS ___26th___ day of ___August___, 2010.

JAMES LARSEN, CLERK


By:___s/Linda Emerson___
Deputy Clerk

JUDGMENT ON (NEW) SWEET CLOVER PRODUCE LLC'S
**FIRST** ANSWER TO **SEVENTH** WRIT - 2