UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KEYSTONE FRUIT MARKETING, INC., ET AL., | No. CV-05-5087-RHW |
| Plaintiffs, | |
| v. | JUDGMENT ON (NEW)SWEET CLOVER PRODUCE, LLC'S **THIRD** ANSWER TO **SEVENTH** WRIT OF GARNISHMENT |
| WILLIAM G. and JANET H. BROWNFIELD, | |
| Defendants, and | |
| (NEW)SWEET CLOVER PRODUCE, LLC, | |
| Garnishee. | |

**I.   JUDGMENT SUMMARY**

Judgment Creditor:                Keystone Fruit Marketing, Inc.

Garnishment Judgment
Debtor(Garnishee):                (New)Sweet Clover Produce, LLC

Garnishment Judgment Amount:                $1,372.92

Judgments to Bear Interest
at:                               statutory rate
Attorney for Judgment             George M. Ahrend
Creditor:

**II.   BASIS**

Garnishee is indebted to Defendants in the nonexempt amount of $1,372.92; at the time the Writ of Garnishment was issued, Defendant William Brownfield was employed by Garnishee; therefore, it is

JUDGMENT ON (NEW) SWEET CLOVER PRODUCE LLC'S
**THIRD** ANSWER TO **SEVENTH** WRIT - 1

**ADJUDGED** that:

1. Plaintiff is awarded judgment against Garnishee Sweet Clover Produce, LLC, in the amount of **$1,372.92**;
2. Garnishee shall mail payment in the amount of $1,372.92 to Keystone Fruit Marketing Inc. at: **Ahrend Law Firm PLLC, 100 E. Broadway Ave., Moses Lake, Washington 98837.**

Garnishee is advised that the failure to pay its judgment amount may result in execution of the judgment, including garnishment.

DATED THIS   26th   day of   August  , 2010.

							JAMES LARSEN, CLERK
							By: s/Linda Emerson
							     Deputy Clerk

JUDGMENT ON (NEW) SWEET CLOVER PRODUCE LLC'S
**THIRD** ANSWER TO **SEVENTH** WRIT - 2