UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KEYSTONE FRUIT MARKETING, INC., ET AL., <br><br>  Plaintiffs, <br><br> v. <br><br> WILLIAM G. and JANET H. BROWNFIELD, <br><br>  Defendants, <br><br> and <br><br> (NEW)SWEET CLOVER PRODUCE, LLC, <br><br>  Garnishee. | No. CV-05-5087-RHW <br><br><br> JUDGMENT ON (NEW)SWEET CLOVER PRODUCE, LLC'S **FOURTH** ANSWER TO **SEVENTH** WRIT OF GARNISHMENT |

## I.  JUDGMENT SUMMARY

Judgment Creditor:                Keystone Fruit Marketing, Inc.

Garnishment Judgment
Debtor(Garnishee):                (New)Sweet Clover Produce, LLC

Garnishment Judgment Amount:               $1,372.92

Judgments to Bear Interest
at:                               statutory rate
Attorney for Judgment             George M. Ahrend
Creditor:

## II.  BASIS

Garnishee is indebted to Defendants in the nonexempt amount of $1,372.92; at the time the Writ of Garnishment was issued, Defendant William Brownfield was employed by Garnishee; therefore, it is

JUDGMENT ON (NEW) SWEET CLOVER PRODUCE LLC'S
**FOURTH** ANSWER TO **SEVENTH** WRIT - 1

**ADJUDGED** that:

1. Plaintiff is awarded judgment against Garnishee Sweet Clover Produce, LLC, in the amount of **$1,372.92**;

2. Garnishee shall mail payment in the amount of $1,372.92 to Keystone Fruit Marketing Inc. at: **Ahrend Law Firm PLLC, 100 E. Broadway Ave., Moses Lake, Washington 98837.**

Garnishee is advised that the failure to pay its judgment amount may result in execution of the judgment, including garnishment.

DATED THIS   26th   day of   August  , 2010.


                                        JAMES LARSEN, CLERK

                                        By: s/Linda Emerson
                                            Deputy Clerk

JUDGMENT ON (NEW) SWEET CLOVER PRODUCE LLC'S
**FOURTH** ANSWER TO **SEVENTH** WRIT - 2