```
                    UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF WASHINGTON

KEYSTONE FRUIT MARKETING, INC., )
ET AL.,                         ) No.  CV-05-5087-RHW
                                )
         Plaintiffs,            )
                                )
v.                              )
                                ) JUDGMENT FOR RECOVERABLE
WILLIAM G. and JANET H.         ) COSTS ON SEVENTH WRIT OF
BROWNFIELD,                     ) GARNISHMENT
                                )
         Defendants,            )
and                             )
                                )
(NEW)SWEET CLOVER PRODUCE, LLC, )
                                )
         Garnishee.             )
```

## I. JUDGMENT SUMMARY

Judgment Creditor:            Keystone Fruit Marketing, Inc.

Garnishment Judgment
Debtor(Garnishee):            (New)Sweet Clover Produce, LLC


Costs Judgment Debtors:       William G. & Janet H. Brownfield

JUDGMENT FOR RECOVERABLE COSTS ON **SEVENTH** WRIT OF GARNISHMENT- 1

```
 Recoverable costs
 (RCW 6.27.090(1),(2))                              $
 Service Fees                                         80.00
 Postage Costs                                         5.28
 Attorney Fees                                       250.00
 TOTAL                                              $335.28
 Judgments to Bear Interest
 at:                              statutory rate
 Attorney for Judgment            George M. Ahrend
 Creditor:
```

## II.  BASIS

It having been adjudged Garnishee is indebted to Defendants at the time the **SEVENTH** Writ of Garnishment was issued, it is further adjudged:

> Plaintiff is awarded judgment against Defendants William G. and Janet H. Brownfield in the amount of **$335.28** for recoverable costs.

DATED THIS ___26th___ day of ___August___, 2010.

                              JAMES LARSEN, CLERK

                              By:___s/Linda Emerson___
                                     Deputy Clerk

JUDGMENT FOR RECOVERABLE COSTS ON **SEVENTH** WRIT OF GARNISHMENT- 2