George M. Ahrend
Ahrend Law Firm PLLC
100 E. Broadway Ave.
Moses Lake, WA 98837
(509) 764-9000
(509) 464-6290 Facsimile
Email: gahrend@ahrendlaw.com
Attorneys for Plaintiffs

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

OCT 05 2010

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

HON. ROBERT H. WHALEY

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KEYSTONE FRUIT MARKETING, INC., | Case No.: CV-05-5087-RHW |
| Plaintiff, | JUDGMENT ON **THIRD** ANSWER OF SWEET CLOVER TO **EIGHTH** WRIT OF GARNISHMENT OF KEYSTONE FRUIT MARKETING, INC., AND ORDER TO PAY |
| vs. | |
| WILLIAM G. and JANET H. BROWNFIELD, | |
| Defendants, | **(Clerk's Action Required)** |
| SWEET CLOVER PRODUCE, LLC, | |
| Garnishee. | |

## I. JUDGMENT SUMMARY

| | |
|---|---|
| Judgment Creditor: | Keystone Fruit Marketing, Inc. |
| Garnishment Judgment Debtor (Garnishee): | Sweet Clover Produce, LLC |
| Garnishment Judgment Amount: | $1,461.27 |

JDMT. ON **THIRD** ANS. OF SWEET CLOVER
TO **EIGHTH** WRIT OF KFM AND ORDER TO PAY
Page 1 of 3

| | | |
|---|---|---|
| 1 | Judgments to Bear Interest at: | statutory rate |
| 2 | Attorney for Judgment Creditor: | George M. Ahrend |

## II. BASIS

IT APPEARING THAT garnishee was indebted to defendant in the nonexempt amount of $1,461.27; that at the time the Eighth Writ of Garnishment of KFM was issued, defendant was employed by garnishee; now, therefore, it is hereby ADJUDGED that Plaintiff is awarded judgment on Garnishee's **Third** Answer to **Eighth** Writ of Garnishment (Ct. Rec. 794) against garnishee Sweet Clover Produce, LLC, in the amount of $1,461.27; and that garnishee shall mail payment in the amount of $1,461.27 to Keystone Fruit Marketing, Inc. at: Ahrend Law Firm PLLC, 100 E. Broadway Ave., Moses Lake, Washington, 98837. Garnishee is advised that the failure to pay its judgment amount may result in execution of the judgment, including garnishment.

DATED THIS 5th day of October, 2010.

_Renee Demente Deputy Clerk_
~~United States District Court Judge/Magistrate~~

PRESENTED BY:

s/George M. Ahrend
George M. Ahrend, WSBA #25160
Attorney for Plaintiffs
Ahrend Law Firm PLLC
100 E. Broadway Ave.
Moses Lake, WA 98837
Telephone: (509) 764-9000
Fax: (509) 464-6290
Email: gahrend@ahrendlaw.com

JDMT. ON **THIRD** ANS. OF SWEET CLOVER
TO **EIGHTH** WRIT OF KFM AND ORDER TO PAY
Page 2 of 3