```
1  George M. Ahrend
   Attorney for Plaintiff
2  Ahrend Law Firm PLLC
3  100 E. Broadway Ave.
   Moses Lake, WA 98837
4  (509) 764-9000
   (509) 464-6290 Facsimile
5  Email: gahrend@ahrendlaw.com
6

7                                              HON. ROBERT H. WHALEY
8
              UNITED STATES DISTRICT COURT
9         FOR THE EASTERN DISTRICT OF WASHINGTON
10
   KEYSTONE FRUIT MARKETING,   ) Case No.: CV-05-5087-RHW
11 INC.,                       )
                               ) JUDGMENT AGAINST
12       Plaintiff,            ) DEFENDANTS BROWNFIELD FOR
13                             ) RECOVERABLE COSTS RE:
      vs.                      ) EIGHTH WRIT OF GARNISHMENT
14                             ) OF KEYSTONE FRUIT
   WILLIAM G. and JANET H.     ) MARKETING, INC.
15 BROWNFIELD,                 )
16                             )
                               )
17       Defendants,           )  (Clerk's Action Required)
                               )
18 SWEET CLOVER PRODUCE, LLC,  )
19                             )
         Garnishee.            )
20 _____)
21
                    I. JUDGMENT SUMMARY
22
   Judgment Creditor:       Keystone Fruit Marketing, Inc.
23
   Costs Judgment Debtors:  William G. & Janet H. Brownfield
24

25

   JDMT. FOR RECOVERABLE COSTS RE:
   EIGHTH WRIT OF KFM
   Page 1 of 3
```

| | | |
|---|---|---|
| 1 | Service Fees (Ct. Rec. 770 & 771) | $ 80.00 |
| 2 | Postage Costs (RCW 6.27.090(1)) | $  5.28 |
| 3 | Attorneys' Fees (RCW 6.27.090(2)) | <u>$250.00</u> |
| 4 | **TOTAL** | **$335.28** |
| 5 | Judgment to Bear Interest at: | statutory rate |
| 6 | Attorney for Judgment Creditor: | George M. Ahrend |

## II. BASIS

IT APPEARING THAT Plaintiff Keystone Fruit Marketing, Inc., has incurred recoverable costs of $335.28 for attorney fees, process service fees and postage fees in relation to the Eighth Writ of Garnishment Continuing Lien on Earnings of Keystone Fruit Marketing, Inc.; now, therefore, it is hereby ADJUDGED that Plaintiff Keystone Fruit Marketing, Inc., is awarded judgment against Defendants William G. and Janet H. Brownfield in the amount of $335.28 for recoverable costs.

DATED THIS 5th day of October, 2010.

*Renea Demante, Deputy Clerk*
~~United States District Court Judge/Magistrate~~

PRESENTED BY:

s/George M. Ahrend
_____
George M. Ahrend, WSBA #25160
Attorney for Plaintiffs
Ahrend Law Firm PLLC
100 E. Broadway Ave.
Moses Lake, WA 98837
Telephone: (509) 764-9000
Fax: (509) 464-6290
Email: gahrend@ahrendlaw.com

JDMT. FOR RECOVERABLE COSTS RE:
**EIGHTH** WRIT OF KFM
Page 2 of 3