UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KEYSTONE FRUIT MARKETING, INC., | Case No.: CV-05-5087-RHW |
| Plaintiff, | JUDGMENT ON **FIRST** ANSWER OF SWEET CLOVER TO **NINTH** WRIT OF GARNISHMENT OF KEYSTONE FRUIT MARKETING, INC., AND ORDER TO PAY |
| vs. | |
| WILLIAM G. and JANET H. BROWNFIELD, | |
| Defendants, | |
| SWEET CLOVER PRODUCE, LLC, | |
| Garnishee. | |

## I. JUDGMENT SUMMARY

| | |
|---|---|
| Judgment Creditor: | Keystone Fruit Marketing, Inc. |
| Garnishment Judgment Debtor (Garnishee): | Sweet Clover Produce, LLC |
| Garnishment Judgment Amount: | $1,489.17 |
| Judgments to Bear Interest at: | statutory rate |
| Attorney for Judgment Creditor: | George M. Ahrend |

## II. BASIS

IT APPEARING THAT garnishee was indebted to defendant in the nonexempt amount of $1,489.17; that at the time the **Ninth** Writ of Garnishment of

JDMT. ON **FIRST** ANS. OF SWEET CLOVER
TO **NINTH** WRIT OF KFM AND ORDER TO PAY
Page 1 of 2

1  KFM was issued, defendant was employed by garnishee; now, therefore, it is
2  hereby ADJUDGED that Plaintiff is awarded judgment on Garnishee's **First**
3  Answer to **Ninth** Writ of Garnishment (Ct. Rec. 815) against garnishee Sweet
4  Clover Produce, LLC, in the amount of $1,489.17; and that garnishee shall mail
5  payment in the amount of $1,489.17 to Keystone Fruit Marketing, Inc. at: Ahrend
6  Law Firm PLLC, 100 E. Broadway Ave., Moses Lake, Washington, 98837.
7  Garnishee is advised that the failure to pay its judgment amount may result in
8  execution of the judgment, including garnishment.
9      DATED THIS <u>1st</u> day of <u>December</u>, 2010.

    <u>s/Virginia L. Reisenauer</u>
    Deputy Clerk

JDMT. ON **FIRST** ANS. OF SWEET CLOVER
TO **NINTH** WRIT OF KFM AND ORDER TO PAY
Page 2 of 2