UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| KEYSTONE FRUIT MARKETING, INC., | ) | Case No.: CV-05-5087-RHW |
| | ) | |
| Plaintiff, | ) ) ) | JUDGMENT ON **SECOND** ANSWER OF SWEET CLOVER TO **NINTH** WRIT OF GARNISHMENT OF |
| vs. | ) ) | KEYSTONE FRUIT MARKETING, INC., AND ORDER TO PAY |
| WILLIAM G. and JANET H. BROWNFIELD, | ) ) ) | |
| Defendants, | ) ) | |
| SWEET CLOVER PRODUCE, LLC, | ) ) | |
| Garnishee. | ) ) | |

## I.  JUDGMENT SUMMARY

| | |
|---|---|
| Judgment Creditor: | Keystone Fruit Marketing, Inc. |
| Garnishment Judgment Debtor (Garnishee): | Sweet Clover Produce, LLC |
| Garnishment Judgment Amount: | $1,489.17 |
| Judgments to Bear Interest at: | statutory rate |
| Attorney for Judgment Creditor: | George M. Ahrend |

## II. BASIS

1    IT APPEARING THAT garnishee was indebted to defendant in the
2 nonexempt amount of $1,489.17; that at the time the Ninth Writ of Garnishment of
3 KFM was issued, defendant was employed by garnishee; now, therefore, it is
4 hereby ADJUDGED that Plaintiff is awarded judgment on Garnishee's **Second**
5 Answer to **Ninth** Writ of Garnishment (Ct. Rec. 828) against garnishee Sweet
6 Clover Produce, LLC, in the amount of $1,489.17; and that garnishee shall mail
7 payment in the amount of $1,489.17 to Keystone Fruit Marketing, Inc. at: Ahrend
8 Law Firm PLLC, 100 E. Broadway Ave., Moses Lake, Washington, 98837.
9 Garnishee is advised that the failure to pay its judgment amount may result in
10 execution of the judgment, including garnishment.
11    DATED THIS 1st day of December, 2010.

    s/Virginia L. Reisenauer
    Deputy Clerk