UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KEYSTONE FRUIT MARKETING, INC., <br><br> Plaintiff, <br><br> vs. <br><br> WILLIAM G. and JANET H. BROWNFIELD, <br><br> Defendants, <br><br> SWEET CLOVER PRODUCE, LLC, <br><br> Garnishee. | Case No.: CV-05-5087-RHW <br><br> JUDGMENT ON **THIRD** ANSWER OF SWEET CLOVER TO **NINTH** WRIT OF GARNISHMENT OF KEYSTONE FRUIT MARKETING, INC., AND ORDER TO PAY |

I. JUDGMENT SUMMARY

| | |
|---|---|
| Judgment Creditor: | Keystone Fruit Marketing, Inc. |
| Garnishment Judgment Debtor (Garnishee): | Sweet Clover Produce, LLC |
| Garnishment Judgment Amount: | $1,489.17 |
| Judgments to Bear Interest at: | statutory rate |
| Attorney for Judgment Creditor: | George M. Ahrend |

II. BASIS

IT APPEARING THAT garnishee was indebted to defendant in the nonexempt amount of $1,489.17; that at the time the Ninth Writ of Garnishment of

JDMT. ON **THIRD** ANS. OF SWEET CLOVER
TO **NINTH** WRIT OF KFM AND ORDER TO PAY
Page 1 of 2

1  KFM was issued, defendant was employed by garnishee; now, therefore, it is
2  hereby ADJUDGED that Plaintiff is awarded judgment on Garnishee's **Third**
3  Answer to **Ninth** Writ of Garnishment (Ct. Rec. 839) against garnishee Sweet
4  Clover Produce, LLC, in the amount of $1,489.17; and that garnishee shall mail
5  payment in the amount of $1,489.17 to Keystone Fruit Marketing, Inc. at: Ahrend
6  Law Firm PLLC, 100 E. Broadway Ave., Moses Lake, Washington, 98837.
7  Garnishee is advised that the failure to pay its judgment amount may result in
8  execution of the judgment, including garnishment.
9          DATED THIS 1st day of December, 2010.

                            s/Virginia L. Reisenauer
                            Deputy Clerk