```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF WASHINGTON
```

| | |
|---|---|
| KEYSTONE FRUIT MARKETING, INC., ET AL., | No. CV-05-5087-RHW |
| Plaintiffs, | |
| v. | |
| WILLIAM G. and JANET H. BROWNFIELD, | JUDGMENT ON (NEW)SWEET CLOVER PRODUCE, LLC'S **FIRST** ANSWER TO **TENTH** WRIT OF GARNISHMENT |
| Defendants, and | |
| (NEW)SWEET CLOVER PRODUCE, LLC, | |
| Garnishee. | |

## I. JUDGMENT SUMMARY

Judgment Creditor:               Keystone Fruit Marketing, Inc.

Garnishment Judgment
Debtor(Garnishee):               (New)Sweet Clover Produce, LLC

Garnishment Judgment Amount:         $1,489.17

Judgments to Bear Interest
at:                              statutory rate
Attorney for Judgment            George M. Ahrend
Creditor:

## II. BASIS

Garnishee is indebted to Defendants in the nonexempt amount of $1,489.17; at the time the Writ of Garnishment was issued, Defendant William Brownfield was employed by Garnishee; therefore, it is

JUDGMENT ON (NEW) SWEET CLOVER PRODUCE LLC'S
**FIRST** ANSWER TO **TENTH** WRIT - 1

**ADJUDGED** that:

1. Plaintiff is awarded judgment against Garnishee Sweet Clover Produce, LLC, in the amount of **$1,489.17**;
2. Garnishee shall mail payment in the amount of $1,489.17 to Keystone Fruit Marketing Inc. at: **Ahrend Law Firm PLLC, 100 E. Broadway Ave., Moses Lake, Washington 98837.** Garnishee is advised that the failure to pay its judgment amount may result in execution of the judgment, including garnishment.

DATED THIS 14th day of February, 2011.

                                   S/Virginia L. Reisenauer
                                   Deputy Clerk