UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KEYSTONE FRUIT MARKETING, INC., ET AL.,<br><br>    Plaintiffs,<br><br>v.<br><br>WILLIAM G. and JANET H. BROWNFIELD,<br><br>    Defendants,<br><br>and<br><br>(NEW)SWEET CLOVER PRODUCE, LLC,<br><br>    Garnishee. | No. CV-05-5087-RHW<br><br>JUDGMENT ON (NEW)SWEET CLOVER PRODUCE, LLC'S **SECOND** ANSWER TO **TENTH** WRIT OF GARNISHMENT |

## I. JUDGMENT SUMMARY

Judgment Creditor:                Keystone Fruit Marketing, Inc.

Garnishment Judgment
Debtor(Garnishee):                (New)Sweet Clover Produce, LLC

Garnishment Judgment Amount:      $1,489.17

Judgments to Bear Interest
at:                               statutory rate
Attorney for Judgment             George M. Ahrend
Creditor:

## II. BASIS

Garnishee is indebted to Defendants in the nonexempt amount of $1,489.17; at the time the Writ of Garnishment was issued, Defendant William Brownfield was employed by Garnishee; therefore, it is

JUDGMENT ON (NEW) SWEET CLOVER PRODUCE LLC'S
**SECOND** ANSWER TO **TENTH** WRIT - 1

**ADJUDGED** that:

1. Plaintiff is awarded judgment against Garnishee Sweet Clover Produce, LLC, in the amount of **$1,489.17;**
2. Garnishee shall mail payment in the amount of $1,489.17 to Keystone Fruit Marketing Inc. at: **Ahrend Law Firm PLLC, 100 E Broadway Ave., Moses Lake, Washington 98837.** Garnishee is advised that the failure to pay its judgment amount may result in execution of the judgment, including garnishment.

DATED THIS 14th day of February, 2011.

                                            s/Virginia L. Reisenauer
                                            Deputy Clerk