UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KEYSTONE FRUIT MARKETING, INC., ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> WILLIAM G. and JANET H. BROWNFIELD, <br><br> Defendants, <br> and <br><br> (NEW)SWEET CLOVER PRODUCE, LLC, <br><br> Garnishee. | No. CV-05-5087-RHW <br><br> JUDGMENT ON (NEW)SWEET CLOVER PRODUCE, LLC'S **THIRD** ANSWER TO **TENTH** WRIT OF GARNISHMENT |

## I. JUDGMENT SUMMARY

Judgment Creditor:            Keystone Fruit Marketing, Inc.

Garnishment Judgment
Debtor(Garnishee):            (New)Sweet Clover Produce, LLC

Garnishment Judgment Amount:            $1,489.17

Judgments to Bear Interest
at:                           statutory rate
Attorney for Judgment         George M. Ahrend
Creditor:

## II. BASIS

Garnishee is indebted to Defendants in the nonexempt amount of $1,489.17; at the time the Writ of Garnishment was issued,

JUDGMENT ON (NEW) SWEET CLOVER PRODUCE LLC'S
**THIRD** ANSWER TO **TENTH** WRIT - 1

Defendant William Brownfield was employed by Garnishee; therefore, it is **ADJUDGED** that:

1. Plaintiff is awarded judgment against Garnishee Sweet Clover Produce, LLC, in the amount of **$1,489.17;**
2. Garnishee shall mail payment in the amount of $1,489.17 to Keystone Fruit Marketing Inc. at: **Ahrend Law Firm PLLC, 100 E. Broadway Ave., Moses Lake, Washington 98837.** Garnishee is advised that the failure to pay its judgment amount may result in execution of the judgment, including garnishment.

DATED THIS <u>14th</u> day of February, 2011.

          <u>s/Virginia L. Reisenauer</u>
          Deputy Clerk