UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KEYSTONE FRUIT MARKETING, INC., ET AL., <br><br>　　　　Plaintiffs, <br><br>v. <br><br>WILLIAM G. and JANET H. BROWNFIELD, <br><br>　　　　Defendants, <br>and <br><br>(NEW)SWEET CLOVER PRODUCE, LLC, <br><br>　　　　Garnishee. | No.  CV-05-5087-RHW <br><br>JUDGMENT ON (NEW)SWEET CLOVER PRODUCE, LLC'S **FOURTH** ANSWER TO **TENTH** WRIT OF GARNISHMENT |

### I.  JUDGMENT SUMMARY

Judgment Creditor:　　　　　　Keystone Fruit Marketing, Inc.

Garnishment Judgment
Debtor(Garnishee):　　　　　　(New)Sweet Clover Produce, LLC

Garnishment Judgment Amount:　　　$1,489.17

Judgments to Bear Interest
at:　　　　　　　　　　　　　statutory rate
Attorney for Judgment　　　　George M. Ahrend
Creditor:

### II.  BASIS

Garnishee is indebted to Defendants in the nonexempt amount of $1,489.17; at the time the Writ of Garnishment was issued,

JUDGMENT ON (NEW) SWEET CLOVER PRODUCE LLC'S
**FOURTH** ANSWER TO **TENTH** WRIT - 1

Defendant William Brownfield was employed by Garnishee; therefore, it is **ADJUDGED** that:

1. Plaintiff is awarded judgment against Garnishee Sweet Clover Produce, LLC, in the amount of **$1,489.17**;
2. Garnishee shall mail payment in the amount of $1,489.17 to Keystone Fruit Marketing Inc. at: **Ahrend Law Firm PLLC, 100 E. Broadway Ave., Moses Lake, Washington 98837.** Garnishee is advised that the failure to pay its judgment amount may result in execution of the judgment, including garnishment.

DATED THIS 14th day of February, 2011.

s/Virginia L. Reisenauer<br>Deputy Clerk

JUDGMENT ON (NEW) SWEET CLOVER PRODUCE LLC'S
**FOURTH** ANSWER TO **TENTH** WRIT – 2