```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF WASHINGTON
```

| | |
|---|---|
| KEYSTONE FRUIT MARKETING, INC., ET AL., | No. CV-05-5087-RHW |
| Plaintiffs, | |
| v. | JUDGMENT FOR RECOVERABLE COSTS ON **TENTH** WRIT OF GARNISHMENT |
| WILLIAM G. and JANET H. BROWNFIELD, | |
| Defendants, | |
| and | |
| (NEW)SWEET CLOVER PRODUCE, LLC, | |
| Garnishee. | |

**I.   JUDGMENT SUMMARY**

Judgment Creditor:            Keystone Fruit Marketing, Inc.

Garnishment Judgment
Debtor(Garnishee):            (New)Sweet Clover Produce, LLC



Costs Judgment Debtors:    William G. & Janet H. Brownfield

JUDGMENT FOR RECOVERABLE COSTS ON **TENTH** WRIT OF GARNISHMENT- 1

Recoverable costs
(RCW 6.27.090(1),(2))

| | |
|---|---:|
| Service Fees | $ 80.00 |
| Postage Costs | 5.28 |
| Attorney Fees | 250.00 |
| TOTAL | $ 335.28 |

Judgments to Bear Interest at:                 statutory rate
Attorney for Judgment Creditor:     George M. Ahrend

## II.  BASIS

It having been adjudged Garnishee is indebted to Defendants at the time the **TENTH** Writ of Garnishment was issued, it is further adjudged:

Plaintiff is awarded judgment against Defendants William G. and Janet H. Brownfield in the amount of **$335.28** for recoverable costs.

DATED THIS <u>14th</u> day of February, 2011.

                                                 s/Virginia L. Reisenauer
                                                 Deputy Clerk