UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KEYSTONE FRUIT MARKETING, INC., ET AL.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>WILLIAM G. and JANET H. BROWNFIELD,<br><br>　　　　Defendants,<br>and<br><br>(NEW)SWEET CLOVER PRODUCE, LLC,<br><br>　　　　Garnishee. | No. CV-05-5087-RHW<br><br>JUDGMENT ON (NEW)SWEET CLOVER PRODUCE, LLC'S **FIRST** ANSWER TO **ELEVENTH** WRIT OF GARNISHMENT |

## I. JUDGMENT SUMMARY

Judgment Creditor:　　　　　　Keystone Fruit Marketing, Inc.

Garnishment Judgment
Debtor(Garnishee):　　　　　　(New)Sweet Clover Produce, LLC

Garnishment Judgment Amount:　　　$1,407.97

Judgments to Bear Interest
at:　　　　　　　　　　　　　statutory rate
Attorney for Judgment　　　　　George M. Ahrend
Creditor:

## II. BASIS

Garnishee is indebted to Defendants in the nonexempt amount of $1,407.97; at the time the Writ of Garnishment was issued, Defendant William Brownfield was employed by Garnishee; therefore, it is

JUDGMENT ON (NEW) SWEET CLOVER PRODUCE LLC'S
**FIRST** ANSWER TO **ELEVENTH** WRIT - 1

**ADJUDGED** that:

1. Plaintiff is awarded judgment against Garnishee Sweet Clover Produce, LLC, in the amount of **$1,407.97;**
2. Garnishee shall mail payment in the amount of $1,407.97 to Keystone Fruit Marketing Inc. at: **Ahrend Law Firm PLLC, 100 E. Broadway Ave., Moses Lake, Washington 98837.** Garnishee is advised that the failure to pay its judgment amount may result in execution of the judgment, including garnishment.

DATED THIS ___28th___ day of __April__, 2011.

                             S/Cheryl Switzer
                             CLERK