UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KEYSTONE FRUIT MARKETING, INC., ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> WILLIAM G. and JANET H. BROWNFIELD, <br><br> Defendants, <br><br> and <br><br> (NEW)SWEET CLOVER PRODUCE, LLC, <br><br> Garnishee. | No. CV-05-5087-RHW <br><br> JUDGMENT ON (NEW)SWEET CLOVER PRODUCE, LLC'S **SECOND** ANSWER TO **ELEVENTH** WRIT OF GARNISHMENT |

**I. JUDGMENT SUMMARY**

Judgment Creditor:                Keystone Fruit Marketing, Inc.

Garnishment Judgment
Debtor(Garnishee):                (New)Sweet Clover Produce, LLC

Garnishment Judgment Amount:      $1,407.97

Judgments to Bear Interest
at:                               statutory rate
Attorney for Judgment             George M. Ahrend
Creditor:

**II. BASIS**

Garnishee is indebted to Defendants in the nonexempt amount of $1,407.97; at the time the Writ of Garnishment was issued, Defendant William Brownfield was employed by Garnishee; therefore, it is

JUDGMENT ON (NEW) SWEET CLOVER PRODUCE LLC'S
**SECOND** ANSWER TO **ELEVENTH** WRIT - 1

**ADJUDGED** that:

1. Plaintiff is awarded judgment against Garnishee Sweet Clover Produce, LLC, in the amount of **$1,407.97;**

2. Garnishee shall mail payment in the amount of $1,407.97 to Keystone Fruit Marketing Inc. at: **Ahrend Law Firm PLLC, 100 E Broadway Ave., Moses Lake, Washington 98837.** Garnishee is advised that the failure to pay its judgment amount may result in execution of the judgment, including garnishment.

DATED THIS  28th  day of April , 2011.

                     S/Cheryl Switzer

                     CLERK