UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KEYSTONE FRUIT MARKETING, INC., ET AL., | No. CV-05-5087-RHW |
| Plaintiffs, | |
| v. | JUDGMENT FOR RECOVERABLE COSTS ON **ELEVENTH** WRIT OF GARNISHMENT |
| WILLIAM G. and JANET H. BROWNFIELD, | |
| Defendants, | |
| and | |
| (NEW)SWEET CLOVER PRODUCE, LLC, | |
| Garnishee. | |

**I.  JUDGMENT SUMMARY**

Judgment Creditor:             Keystone Fruit Marketing, Inc.

Garnishment Judgment
Debtor(Garnishee):             (New)Sweet Clover Produce, LLC


Costs Judgment Debtors:    William G. & Janet H. Brownfield

JUDGMENT FOR RECOVERABLE COSTS ON **ELEVENTH** WRIT OF GARNISHMENT- 1

| | |
|---|---|
| Recoverable costs (RCW 6.27.090(1),(2)) | |
| Service Fees | $ 80.00 |
| Postage Costs | 5.28 |
| Attorney Fees | 250.00 |
| TOTAL | $ 335.28 |
| Judgments to Bear Interest at: | statutory rate |
| Attorney for Judgment Creditor: | George M. Ahrend |

## II. BASIS

It having been adjudged Garnishee is indebted to Defendants at the time the **ELEVENTH** Writ of Garnishment was issued, it is further adjudged:

Plaintiff is awarded judgment against Defendants William G. and Janet H. Brownfield in the amount of **$335.28** for recoverable costs.

DATED THIS 28th day of April, 2011.

S/Cheryl Switzer

CLERK

JUDGMENT FOR RECOVERABLE COSTS ON **ELEVENTH** WRIT OF GARNISHMENT- 2