```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF WASHINGTON

KEYSTONE FRUIT MARKETING, INC.,  )
ET AL.,                          )  No. CV-05-5087-RHW
                                 )
        Plaintiffs,              )
                                 )
v.                               )
                                 )  JUDGMENT ON (NEW)SWEET
WILLIAM G. and JANET H.          )  CLOVER PRODUCE, LLC'S SECOND
BROWNFIELD,                      )  ANSWER TO TWELFTH WRIT OF
                                 )  GARNISHMENT
        Defendants,              )
and                              )
                                 )
(NEW)SWEET CLOVER PRODUCE, LLC,  )
                                 )
        Garnishee.               )
```

## I. JUDGMENT SUMMARY

| | |
|---|---|
| Judgment Creditor: | Keystone Fruit Marketing, Inc. |
| Garnishment Judgment Debtor(Garnishee): | (New)Sweet Clover Produce, LLC |
| Garnishment Judgment Amount: | $1,407.97 |
| Judgments to Bear Interest at: | statutory rate |
| Attorney for Judgment Creditor: | George M. Ahrend |

## II. BASIS

Garnishee is indebted to Defendants in the nonexempt amount of $1,407.97; at the time the Writ of Garnishment was issued, Defendant William Brownfield was employed by Garnishee; therefore, it is

JUDGMENT ON (NEW) SWEET CLOVER PRODUCE LLC'S
**SECOND** ANSWER TO **TWELFTH** WRIT - 1

**ADJUDGED** that:

1. Plaintiff is awarded judgment against Garnishee Sweet Clover Produce, LLC, in the amount of **$1,407.97;**
2. Garnishee shall mail payment in the amount of $1,407.97 to Keystone Fruit Marketing Inc. at: **Ahrend Law Firm PLLC, 100 E Broadway Ave., Moses Lake, Washington 98837.** Garnishee is advised that the failure to pay its judgment amount may result in execution of the judgment, including garnishment.

DATED THIS 6th day of June, 2011.

                                              s/Virginia Reisenauer
                                              Virginia Reisenauer
                                              Deputy Clerk