1
2
3
4
5

6
7      UNITED STATES DISTRICT COURT
       EASTERN DISTRICT OF WASHINGTON

8  KEYSTONE FRUIT MARKETING, INC.,     )
9  ET AL.,                             )   No.  CV-05-5087-RHW
                                       )
10            Plaintiffs,               )
                                       )
11 v.                                   )
                                       )   JUDGMENT FOR RECOVERABLE
12 WILLIAM G. and JANET H.              )   COSTS ON **TWELFTH** WRIT OF
   BROWNFIELD,                          )   GARNISHMENT
13                                      )
              Defendants,                )
14 and                                   )
                                       )
15 (NEW)SWEET CLOVER PRODUCE, LLC,      )
                                       )
16            Garnishee.                )

17                    **I.   JUDGMENT SUMMARY**

18 Judgment Creditor:         Keystone Fruit Marketing, Inc.

19
20 Garnishment Judgment
   Debtor(Garnishee):         (New)Sweet Clover Produce, LLC
21

22

23 Costs Judgment Debtors:    William G. & Janet H. Brownfield
24

25

26

27

28

JUDGMENT FOR RECOVERABLE COSTS ON TWELFTH WRIT OF GARNISHMENT- 1

Recoverable costs
(RCW 6.27.090(1),(2))

| | |
|---|---:|
| Service Fees | $ 85.60 |
| Postage Costs | 5.28 |
| Attorney Fees | 250.00 |
| **TOTAL** | **$ 340.88** |

| | |
|---|---|
| Judgments to Bear Interest at: | statutory rate |
| Attorney for Judgment Creditor: | George M. Ahrend |

## II.  BASIS

It having been adjudged Garnishee is indebted to Defendants at the time the **TWELFTH** Writ of Garnishment was issued, it is further adjudged:

Plaintiff is awarded judgment against Defendants William G. and Janet H. Brownfield in the amount of **$340.88** for recoverable costs.

DATED THIS 6th day of June, 2011.

s/Virginia Reisenauer
VIRGINIA REISENAUER
DEPUTY CLERK

JUDGMENT FOR RECOVERABLE COSTS ON TWELFTH WRIT OF GARNISHMENT- 2