UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KEYSTONE FRUIT MARKETING, INC., ET AL., | No. CV-05-5087-RHW |
| Plaintiffs, | |
| v. | |
| WILLIAM G. and JANET H. BROWNFIELD, | JUDGMENT ON (NEW)SWEET CLOVER PRODUCE, LLC'S **AMENDED THIRD** ANSWER TO **TWELFTH** WRIT OF GARNISHMENT |
| Defendants, | |
| and | |
| (NEW)SWEET CLOVER PRODUCE, LLC, | |
| Garnishee. | |

## I.  JUDGMENT SUMMARY

Judgment Creditor:              Keystone Fruit Marketing, Inc.

Garnishment Judgment
Debtor(Garnishee):              (New)Sweet Clover Produce, LLC

Garnishment Judgment Amount:         $1,407.97

Judgments to Bear Interest
at:                             statutory rate
Attorney for Judgment           George M. Ahrend
Creditor:

## II.  BASIS

Garnishee is indebted to Defendants in the nonexempt amount of $1,407.97; at the time the Writ of Garnishment was issued,

JUDGMENT ON (NEW) SWEET CLOVER PRODUCE LLC'S
**AMENDED THIRD** ANSWER TO **TWELFTH** WRIT - 1

Defendant William Brownfield was employed by Garnishee; therefore, it is **ADJUDGED** that:

1. Plaintiff is awarded judgment against Garnishee Sweet Clover Produce, LLC, in the amount of **$1,407.97**;
2. Garnishee shall mail payment in the amount of $1,407.97 to Keystone Fruit Marketing Inc. at: **Ahrend Law Firm PLLC, 100 E. Broadway Ave., Moses Lake, Washington 98837.** Garnishee is advised that the failure to pay its judgment amount may result in execution of the judgment, including garnishment.

DATED THIS 1st day of July, 2011.

                                                s/Virginia Reisenauer
                                              Deputy Clerk

JUDGMENT ON (NEW) SWEET CLOVER PRODUCE LLC'S
**AMENDED THIRD** ANSWER TO **TWELFTH** WRIT - 2